COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     D. Patrick Smitherman v. Commission for Lawyer Discipline

Appellate case number:   01-13-00635-CV

Trial court case number:  2010-10256

Trial court:              129th District Court of Harris County

It is ordered that Appellant's Motion for En Banc Reconsideration is **denied**.

Judge's signature:  /s/ Rebeca Huddle
                    Acting for the En Banc Court*

Date: May 5, 2015

*En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd.